JERRY GOYNIAS v. SPA HEALTH CLUBS, INC.

No. 89A02

(Filed 4 October 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 148 N.C. App. 554, 558 S.E.2d 880 (2002), affirming an order for summary judgment entered 13 April 2000 by Hudson, J., in Superior Court, Orange County. Heard in the Supreme Court 9 September 2002.

*Anderson Law Firm, by Michael J. Anderson, for plaintiff-appellant.*

*Little & Little, PLLC, by Cathryn M. Little, for defendant-appellee.*

PER CURIAM.

AFFIRMED.